UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES EDWARD JONES,

          Plaintiff,

   v.

SPECIAL COMMITMENT CENTER, et. al.,

          Defendants.

CASE NO. C14-5018 JRC

ORDER GRANTING MOTION TO WAIVE COURT APPOINTMENT OF COUNSEL

      The District Court has referred this 42 U.S.C. § 1983 civil rights action to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B), Fed. R. Civ. P. 72, and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

      On May 11, 2016, the Court provided in its Order Granting Motion For Jury Trial and Setting Trial Date and Pretrial Schedule that plaintiff may move for the Court to appoint counsel on or before June 3, 2016. Dkt. 51 at 3.

      On May 31, 2016, plaintiff, proceeding *pro se* and *in forma pauperis*, filed a Motion to Expressly Waive Court Appointment of Counsel and to Represent as Pro Se Litigant ("Motion").

1 | Dkt. 52. Plaintiff asserts that he has submitted discovery, exhibits, and briefs which were
2 | comprehensive and focused. *Id*. at 2. Plaintiff further states he has demonstrated that he will
3 | prevail at trial and the case is not so complex to require an attorney be appointed to represent his
4 | interests. *Id*. The defendants have responded to the Motion and take no position. Dkt. 53.

5 | Based on the foregoing, the Court grants plaintiff's motion without prejudice. In the
6 | event plaintiff changes his mind or demonstrates that he is unable to represent himself
7 | adequately, the Court may revisit this issue.

Dated this 20th day of July, 2016.

J. Richard Creatura
United States Magistrate Judge