1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9
10

JAMES EDWARD JONES,

Plaintiff,

v.

SPECIAL COMMITMENT CENTER et al.,

Defendants.

CASE NO. 3:14-CV-05018-JRC

ORDER GRANTING STAY

11
12
13
14
15
16

Defendants seek a stay of all proceedings until March 1, 2017 pending a motion for

17

substitution pursuant to Federal Rule of Civil Procedure 25. Dkt. 71.

18

On November 3, 2016, this Court entered an order staying all proceedings in this case

19

until January 3, 2017 as a result of plaintiff's failing health. Dkt. 65. The Court also directed the

20

parties to file a joint status report by December 20, 2016. *Id.*

21

On November 5, 2016, plaintiff died. Dkts. 68, 69. On December 1, 2016, defendants

22

filed a suggestion of death pursuant to Fed. R. Civ. P. 25 (a), which was served on plaintiff's last

23

known address at the Special Commitment as well as his next of kin as listed on file *Id.* The

24

1   status report and motion to stay were also served by mail at plaintiff's last known address and to

2   his next of kin as listed on file with the Special Commitment Center. *See* Dkt. 71, Certificate of

3   Service.

4          "If a party dies and the claim is not extinguished, the court may order substitution of the

5   proper party. A motion for substitution may be made by any party or by the decedent's successor

6   or representative. If the motion is not made within 90 days after service of a statement noting the

7   death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1). To

8   date, a motion for substitution has not been made.

9          The Court finds that a stay of proceedings in this matter is warranted pending a motion

10   for substitution. Accordingly, the Court orders that this case be stayed until March 1, 2017 or a

11   proper party files for substitution.

12          Dated this 19th day of January, 2017.

13

14   _____

     J. Richard Creatura
15   United States Magistrate Judge

16

17

18

19

20

21

22

23

24

ORDER GRANTING STAY - 2