# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES EDWARD JONES, | CASE NO. C14-5018JLR |
| Plaintiff, | ORDER |
| v. | |
| SPECIAL COMMITMENT CENTER, et al., | |
| Defendants. | |

Before the court is *pro se* movant JyJy Jones's motion for leave to proceed *in forma pauperis* ("IFP") on appeal. (Mot. (Dkt. # 80).) Mr. Jones does not appear to have funds available to afford the $605.00 filing fee. (*See id.*) Accordingly, Mr. Jones's motion for leave to proceed IFP on appeal (Dkt. # 80) is GRANTED

Dated this 24th day of April, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 1